IN THE MATTER OF THE APPLICATION AND CLAIM OF MELVIN C. WALSH, JR., A MEMBER OF THE ASHEVILLE POLICE DEPARTMENT, FOR RETIREMENT FOR DISABILITY WHILE ACTING IN THE LINE OF DUTY

No. 229PA86

(Filed 6 January 1987)

ON discretionary review of the decision of the Court of Appeals, 79 N.C. App. 611, 340 S.E. 2d 497 (1986), vacating judgment entered by *Lewis, J.,* on 25 April 1985 in Superior Court, BUNCOMBE County, and remanding the cause with instructions. Heard in the Supreme Court 9 December 1986.

*Roberts, Stevens & Cogburn, P.A., by Max O. Cogburn, Isaac N. Northup, Jr., and Glenn S. Gentry, for petitioner-appellee.*

*William F. Slawter and Frank M. Parker, for respondent-appellant, City of Asheville.*

PER CURIAM.

Discretionary review improvidently allowed.

Justice WHICHARD did not participate in the consideration or decision of this case.